Dismissed and Memorandum Opinion filed February 23, 2006









Dismissed and Memorandum Opinion filed February 23,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01205-CV

____________

 

WILLIAM SHEPHERD and BARBARA
SHEPHERD, Appellants

 

V.

 

ALLAN EDWARDS BUILDER, INC., ALLAN
EDWARDS, LISA WALLACE, ARRIBIATTA GROUP, INC., and RICHARD MULLEN, INDIVIDUALLY
AND D/B/A NEARTOWN REALTORS, Appellees

 



 

On Appeal from the
157th District Court

Harris County, Texas

Trial Court Cause
No.
05-16338

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed on October 21, 2005.

On February 16, 2006, appellants filed a motion to dismiss
the appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 23, 2006.

Panel consists of Justices Anderson, Edelman, and
Frost.